## (June 18, 1968)

■ JOSEPH LOTTERMAN, Respondent, v. F. H. McGRAW AND COMPANY, Appellant.— Order entered February 16, 1968 modified on the law, the facts and in the exercise of discretion, without costs or disbursements, so as to grant defendant's motion for preclusion, unless a sufficient bill is filed within 10 days of the date of service of a copy of the order hereon. The bill as served does not comply with the prior order. Otherwise the order is affirmed. Concur — Stevens, J. P., Steuer and McNally, JJ.; Tilzer and McGivern, JJ. dissent and vote to affirm.

■ KURT J. OSBORNE, as Parent and Natural Guardian of CAROLL J. OSBORNE, an Infant, et al., Respondents, v. BENJAMIN MILLER, Appellant-Respondent, and GENERAL MOTORS CORPORATION, Respondent-Appellant.— Order entered March 13, 1968, appealed from, unanimously modified on the law, the facts and in the exercise of discretion to provide that the continued examination of the named employees of General Motors Corporation shall be by written interrogatories or open commission in Michigan at the option of the examining party. In the special circumstances of this case, it is appropriate that further examination of the employees be had in Michigan. The parties shall pay their respective expenses which may be taxed as costs by the party prevailing. (*Pakter* v. *Lilly Co.,* 19 A D 2d 810; *Piel* v. *Lilly & Co.,* 19 A D 2d 810; *Walborsky* v. *Wolf,* 28 A D 2d 1120; *B. B. & D. Prods.* v. *Screen Gems,* 29 A D 2d 747.) As so modified the order is otherwise affirmed, without costs or disbursements to either party. Concur — Botein, P. J., Stevens, Capozzoli, Rabin and McNally, JJ.

■ SHIRLEY F. BERMOND, Appellant, v. ALAN G. MENCHER, Respondent.— Order entered July 19, 1967 unanimously affirmed, without costs or disbursements, and without prejudice to the institution of such action as plaintiff may deem advisable and proper in another jurisdiction and without prejudice to a renewal here in the event that plaintiff is unable to obtain jurisdiction in the foreign forum. Concur — Botein, P. J., Stevens, Eager, Steuer and Tilzer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROY FRANCIS NAGLE, Appellant.— Judgment of conviction modified on the law and the facts and in the exercise of discretion by reducing the sentence to an indeterminate term of from 20 years to life and as so modified affirmed. While ample justification existed for the imposition of a substantial sentence herein this court nevertheless considers in view of all the circumstances that the sentence imposed was unnecessarily excessive. The record discloses a proper case for the court's exercise of discretion to reduce a sentence pursuant to the provisions of section 543 of the Code of Criminal Procedure. Concur — Stevens, J. P., Eager, McGivern and Bastow, JJ.; Capozzoli, J., dissents in part and votes to reduce the sentence to from 30 years to life.